B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Nicholas A Barron, Kandice M Barron**, Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** Household Bank -SBNA | **Describe Property Securing Debt:** 2004 Yamaha |
|---|---|

Property will be (check one):  
☒ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt ☒ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** Mi Schools And Govt Cu | **Describe Property Securing Debt:** 1998 Chevrolet Cavalier |
|---|---|

Property will be (check one):  
☒ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt ☒ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES ☐ NO |
|---|---|---|

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **November 20, 2009**       Signature  **/s/ Nicholas A Barron**
                                            **Nicholas A Barron**
                                            Debtor

Date **November 20, 2009**       Signature  **/s/ Kandice M Barron**
                                            **Kandice M Barron**
                                            Joint Debtor